

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-13-00404-CV |
| Trial Court Cause Number: | 2009-16061 |
| Style: | Bonnie Johnson, Individually and as Representative of the Estate of Jalen Johnson and Anthony Johnson |
| | **v** Vyju Ram M.D. and Grand Parkway Pediatrics |
| Date motion filed*: | August 8, 2014 |
| Type of motion: | Motion for Extension of Time to File Motion for Rehearing |
| Party filing motion: | Appellants |
| Document to be filed: | Motion for Rehearing |

Is appeal accelerated? ☒ Yes ☐ No

If motion to extend time:

| | |
|---|---|
| Original due date: | August 8, 2014 |
| Number of previous extensions granted: | 0 |
| Date Requested: | September 10, 2014 |

Ordered that motion is:

☒ Granted

      If document is to be filed, document due: _____

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: __/s/Terrry Jennings_____
      ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: August 14, 2014_____